| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Steven R. Wirth, Esq. <br> Raye Elliott, Esq. (admitted *pro hac vice*) <br> AKERMAN LLP <br> 401 East Jackson Street, Suite 1700 <br> Tampa, FL 33602 <br> Telephone: (813) 223-7333 <br> Facsimile: (813) 223-2837 <br> Email:  raye.elliott@akerman.com <br>          steven.wirth@akerman.com <br><br> Bradford J. Sandler, Esq. <br> Edward Corma, Esq. <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 1700 Broadway, 36th Floor <br> New York, NY 10019 <br> Telephone: (212) 561-7700 <br> Email:     bsandler@pszjlaw.com <br>             ecorma@pszjlaw.com <br><br> *Counsel to Plaintiff / Plan Administrator* | |
| In re: <br><br> 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*, <br><br>                     Debtors. | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., <br>                     Plaintiff, <br> v. <br><br> FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA, part of the California Government Operations Agency, an agency of the State of California, and CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION, an agency of the State of California, <br>                     Defendants. | Adversary No. 25-01181 (VFP) |

**SECOND APPLICATION IN LIEU OF MOTION IN**
**SUPPORT OF ENTRY OF SECOND STIPULATION AND CONSENT**
**ORDER EXTENDING TIME TO SUBMIT MEDIATION ORDER**

TO:     HONORABLE VINCENT F. PAPALIA
        United States Bankruptcy Judge

Plaintiff, Michael Goldberg in his capacity as Plan Administrator (the "Plan Administrator"
or "Plaintiff") for 20230930-DK-Butterfly-1, Inc. f/k/a Bed Bath and Beyond, Inc. and affiliated
debtors (the "Debtors"), by and through his undersigned counsel, hereby submits this application
in lieu of motion (the "Application"), pursuant to D.N.J. LBR 9019-4(b), seeking the approval and
entry of the *Second Stipulation and Consent Order Extending Time to Submit Mediation Order*
(the "Second Stipulation"), a copy of which is attached hereto as **Exhibit 1,** and respectfully states
as follows:

1.      On April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary
petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy
Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court").
The cases were jointly administered under the lead *case, In re Bed Bath & Beyond, Inc.,* et al.,
Case No. 23-13359 (VFP) (Bankr. D.N.J.).

2.      On April 23, 2025, the Plan Administrator filed an adversary complaint against the
California Department of Tax and Fee Administration ("CDTFA") and California Franchise Tax
Board ("FTB", together with CDTFA "Defendants" and collectively with Plaintiff, the "Parties"),
thereby commencing the above-captioned adversary proceeding.

3.      CDTFA filed its Answer to the Complaint on June 6, 2025 and FTB filed its Answer
on June 9, 2025.

4.      On April 24, 2025, the Clerk of Court issued the Summons and Notice of Pretrial
Conference in an Adversary Proceeding [Adv. Doc. 2] (the "Summons"). The Summons requires
the Parties to submit a proposed mediation order to the Court at least three (3) days prior to the
pretrial conference in accordance with D.N.J. LBR 9019-2 which was scheduled for June 26, 2025.

2

5.      On June 20, 2025, Plaintiff filed his Application in Lieu of Motion in Support of Entry of Stipulation and Consent Order Extending Time to Submit Mediation Order [Adv. Doc. 10] requesting an extension of time to September 24, 2025 submit the mediation order to the court (the "First Application"). The First Application was granted by the Court on June 27, 2025 [Adv. Doc. 12].

6.      Even before Plaintiff filed his Complaint, Plaintiff and Defendants were working to try to resolve the issues raised in the Complaint and have continued to work together since the filing of the Complaint to reach a mutually agreeable resolution of this proceeding.

7.      The parties would like to continue to work together to narrow the issues for mediation before scheduling such mediation in order to make mediation more productive.

8.      To avoid the costs of mediation while the Parties attempt to narrow the asserted claims prior to mediation, the Parties have agreed to extend the deadline for submission of the proposed mediation order required by D.N.J. LBR 9019-2 for a period of 60 days to November 24, 2025. The Parties have agreed that if the Parties are not able to settle this proceeding among themselves by November 24, 2025, the Parties will submit the proposed mediation order to the Court.

9.      This Application is submitted pursuant to Local Rule 9019-4(b) in lieu of a motion in support of the Parties' request that the Court enter the Second Stipulation as presented. The Stipulation is in the best interests of the Wind-Down Debtors and the Parties, as the agreed extension of the deadline to submit the proposed mediation order will allow the Parties time to seek a resolution of the adversary proceeding and will allow the adversary proceeding to proceed in an orderly and efficient manner.

83173662;1

Dated: September 17, 2025     **AKERMAN LLP**

By: /s/ Steven R. Wirth            
Steven R. Wirth, Esq.
Email: steven.wirth@akerman.com
Raye C. Elliott, Esq. (admitted *pro hac vice*)
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

and

**PACHULSKI STANG ZIEHL & JONES LLP**

Bradford J. Sandler, Esq.
Edward A. Corma, Esq.
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
       ecorma@pszjlaw.com

*Counsel for the Plan Administrator*

**Exhibit 1**

83173662;1