| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Steven R. Wirth, Esq.<br>Raye Elliott, Esq. (admitted *pro hac vice*)<br>AKERMAN LLP<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602<br>Telephone: (813) 223-7333<br>Facsimile: (813) 223-2837<br>Email:  steven.wirth@akerman.com<br>            raye.elliott@akerman.com<br><br>Bradford J. Sandler, Esq.<br>Edward Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Email:     bsandler@pszjlaw.com<br>              ecorma@pszjlaw.com<br><br>*Counsel to Plaintiff / Plan Administrator* | |
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br>            Plaintiff,<br>v.<br><br>FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA, part of the California Government Operations Agency, an agency of the State of California, and CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION, an agency of the State of California,<br>            Defendants. | Adversary No. 25-01181 (VFP) |

**SECOND STIPULATION AND CONSENT ORDER**
**EXTENDING TIME TO SUBMIT MEDIATION ORDER**

83173910;1

(Page 2)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc. |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. California Franchise Tax Board and California Department of Tax and Fee Administration, 25-011814 (VFP) |
| Caption of Order: | Second Stipulation and Consent Order Extending Time to Submit Mediation Order |

The relief set forth on the following pages, numbered (3) through (5) is hereby **ORDERED:**

83173910;1

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc. |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. California Franchise Tax Board and California Department of Tax and Fee Administration, 25-011814 (VFP) |
| Caption of Order: | Second Stipulation and Consent Order Extending Time to Submit Mediation Order |

This second stipulation and consent order (the "Second Stipulation") is made by and between Michael Goldberg, in his capacity as the Plan Administrator (the "Plan Administrator" or "Plaintiff") to 20230930-DK-Butterfly-1, Inc. (the "Wind-Down Debtors") (f/k/a Bed Bath & Beyond Inc. and affiliated Debtors, the "Debtors"), and the Plaintiff and Defendants, California Department of Tax and Fee Administration ("CDTFA") and California Franchise Tax Board ("FTB"). Plaintiff and Defendants, by and through their undersigned counsel, shall be collectively referred to herein as the "Parties" or individually as a "Party."

## RECITALS

A. On April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The cases were jointly administered under the lead *case, In re Bed Bath & Beyond, Inc.,* et al., Case No. 23-13359 (VFP) (Bankr. D.N.J.).

B. On April 23, 2025, the Plan Administrator filed an adversary complaint against Defendants (the "Complaint"), thereby commencing the above-captioned adversary proceeding.

C. On April 24, 2025, the Clerk of Court issued the Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Doc. 2] (the "Summons"). The Summons requires the Parties to submit a proposed mediation order to the Court at least three (3) days prior to the pretrial conference in accordance with D.N.J. LBR 9019-2 which was scheduled for June 26, 2025.

D. On June 20, 2025, Plaintiff filed his Application in Lieu of Motion in Support of Entry of Stipulation and Consent Order Extending Time to Submit Mediation Order [Adv. Doc.

83173910;1

(Page 4)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc. |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. California Franchise Tax Board and California Department of Tax and Fee Administration, 25-011814 (VFP) |
| Caption of Order: | Second Stipulation and Consent Order Extending Time to Submit Mediation Order |

10] requesting an extension of time to September 24, 2025 submit the mediation order to the court (the "First Application"). The First Application was granted by the Court on June 27, 2025 [Adv. Doc. 12].

E.  To avoid the cost of mediation while the Parties attempt to narrow the asserted claims, the Parties hereby enter into this Second Stipulation, pursuant to which the Parties have agreed to extend the deadline to submit the proposed mediation order required by D.N.J. LBR 9019-2 for a period of 60 days to November 24, 2025. The Parties have agreed that if the Parties are not able to settle this proceeding among themselves by November 24, 2025, the Parties will submit the proposed mediation order to the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON COURT APPROVAL OF THIS STIPULATION, IT IS ORDERED THAT:**

1.  The Parties shall submit a proposed mediation order in accordance with D.N.J. LBR 9019-2 to the Court no later than November 24, 2025.

2.  This Second Stipulation is without prejudice to any Party's rights.

3.  The undersigned represent and warrant that they have full authority to execute this Second Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of, and have consented to, this Stipulation.

4.  This Second Stipulation may be executed in counterparts or by facsimile or other electronic signature, and each such counterpart together with the others shall constitute one and the same instrument.

83173910;1

(Page 5)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc. |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. California Franchise Tax Board and California Department of Tax and Fee Administration, 25-011814 (VFP) |
| Caption of Order: | Second Stipulation and Consent Order Extending Time to Submit Mediation Order |

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Second Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Second Stipulation.

Dated: September 17, 2025

| | |
|---|---|
| AKERMAN LLP | ROB BONTA<br>ATTORNEY GENERAL OF CALIFORNIA |
| By: /s/ Steven R. Wirth<br>Steven R. Wirth, Esq.<br>Email: steven.wirth@akerman.com<br>Raye C. Elliott, Esq. (admitted *pro hac vice*)<br>Email: raye.elliott@akerman.com<br>401 East Jackson Street, Suite 1700<br>Tampa, Florida 33602<br>Telephone: (813) 223-7333<br>Facsimile: (813) 223-2837 | By: /s/ Matthew C. Heyn<br>PJ Lucca, Esq.<br>Matthew C. Heyn, Esq.<br>Deputy Attorneys General<br>300 So. Spring St., Suite 1702<br>Los Angeles, California 90013<br>Telephone: (213) 269-6000<br>Email: PJ.Lucca@doj.ca.gov<br>Matthew.Heyn@doj.ca.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

83173910;1