**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**



**Order Filed on March 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Steven R. Wirth, Esq.<br>Peter O. Larsen, Esq. (*pro hac vice* admission pending) Raye Elliott, Esq. (admitted *pro hac vice*) AKERMAN LLP<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602<br>Telephone: (813) 223-7333<br>Email:   steven.wirth@akerman.com<br><br>        peter.larsen@akerman.com<br>        raye.elliott@akerman.com<br><br>*Counsel to Plaintiff / Plan Administrator* | |
| In re:<br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br><br>v.              Plaintiff,<br><br>FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA, part of the California Government Operations Agency, an agency of the State of California, and CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION, an agency of the State of California,<br><br>        Defendants. | (Jointly Administered)<br><br>Adversary No. 25-01181 (VFP) |

## SECOND AMENDED JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS

## AND TRIAL

The relief set forth on the following pages, numbered two (2), three (3) and four (4), is

hereby **ORDERED**.

**DATED: March 13, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

85422186;1

A pretrial conference, having been scheduled pursuant to *Fed.R. Civ.P.* 16(b) and (e), made applicable to these proceedings by *Fed.R.Bankr.P.* 7016, it is

ORDERED that

1.      All fact discovery is to be completed by June 1, 2026. Any motions to compel discovery are to be made so that the Court can rule and the discovery can be obtained before that date. Late filed discovery motions will not constitute cause for an adjournment of the scheduled trial date.

2.      The disclosure of expert witnesses and reports shall be made as provided in Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3.      The parties to this Order consent to the Bankruptcy Court's adjudication and entry of final judgment on all claims and defenses raised in this proceeding, unless specifically contested in pleadings which comply with Fed. R. Bankr. P. 7008 and Fed. R. Bankr. P. 7012. To the extent any party does not so consent, that party must file a motion within 30 days of the entry of this Order seeking a determination as to whether this Court may adjudicate to final judgment any or all claims and defenses. The failure to timely file such a motion shall be deemed consent to the Bankruptcy Court's adjudication and entry of final judgment on all claims and defenses raised in this proceeding.

4.      Any party seeking to amend pleadings or add additional parties, must do so by filing a motion no later than 30 days after the close of fact discovery.

5.      All other motions must be filed no later than 30 days after the completion of all discovery. Late filed motions will not constitute cause for an adjournment of the trial date.

6.      Each party must pre-mark the exhibits which may be used at trial.

7.      14 days before trial each party must:

2

85422186;1

(a)  serve a copy of the pre-marked exhibits on each opposing party and provide two bound copies of the exhibits to the Court in Chambers (not to be docketed by the Clerk) and bring one marked copy to court for witnesses. Parties are directed to consult the judge's preferences on the court's website and/or contact chambers regarding instructions for submission of any electronic exhibits; and

(b)  file and serve on each opposing party, a list of witnesses.

8.  All pre-marked exhibits sought to be introduced into evidence at trial will be admitted into evidence and witnesses identified on the witness list will be permitted to testify at trial, unless a written objection has been filed 3 days before the Final Pre-Trial Conference. At trial, only pre-marked exhibits may be admitted into evidence and only parties identified on the witness list may give testimony, except as permitted under applicable Federal Rules of Civil Procedure or Federal Rules of Evidence.

9.  The Final Pre-Trial Conference will be held on October 22 , 2026 at 10am at 50 Walnut Street, Courtroom 3B, Newark, NJ 07102, or via Zoom.

10.  Any party intending to introduce deposition testimony at trial must serve on each opposing party and file copies of the transcript pages with excerpts highlighted.

11.  Within 14 days from the conclusion of the trial, unless such time is extended by the Court, each party must file, and serve on each opposing party, separately numbered proposed findings of fact and conclusions of law with supporting legal citations.

12.  Trial will begin on November 18 , 2026 at 10:00am or as soon as the matter may be heard, at:

United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

3

Courtroom no.: 3B

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES.  UNDER D.N.J LBR 5071-1, PARTIES REQUESTING AN ADJOURNMENT MUST SUBMIT LOCAL FORM, *ADJOURNMENT REQUEST*, VIA CHAMBERS EMAIL NOT LATER THAN 3 DAYS BEFORE THE TRIAL DATE.**

85422186;1