Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Bed Bath & Beyond Inc.
Debtor

Case No.: 23–13359–VFP
Chapter 11

Michael Goldberg
Plaintiff

v.

Franchise Tax Board of the State of California
Defendant

Adv. Proc. No. 25–01181–VFP                           Judge: Vincent F. Papalia

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on March 13, 2026, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 35
Second Amended Joint Scheduling Order. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/13/2026 Discovery due by 6/1/2026. Final Pre–Trial Conference date set for 10/22/2026 at 10:00 AM at VFP – Courtroom 3B, Newark. Trial date set for 11/18/2026 at 10:00 AM at VFP – Courtroom 3B, Newark. (jf)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 13, 2026
JAN: jf

Jeanne Naughton
Clerk