**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Steven R. Wirth, Esq. Raye Elliott, Esq. (admitted *pro hac vice*) AKERMAN LLP 401 East Jackson Street, Suite 1700 Tampa, FL 33602 Telephone: (813) 223-7333 Facsimile: (813) 223-2837 Email:  steven.wirth@akerman.com        raye.elliott@akerman.com *Counsel to Plaintiff / Plan Administrator* |



**Order Filed on May 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*, Debtors. | Chapter 11 Case No. 23-13359 (VFP) (Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., Plaintiff, v. FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA, part of the California Government Operations Agency, an agency of the State of California, and CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION, an agency of the State of California, Defendants. | Adversary No. 25-01181 (VFP) |

### FIFTH STIPULATION AND CONSENT ORDER
### EXTENDING TIME TO SUBMIT MEDIATION ORDER

The relief set forth on the following pages, is hereby ORDERED:

**DATED: May 12, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc. |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. California Franchise Tax Board and California Department of Tax and Fee Administration, 25-011814 (VFP) |
| Caption of Order: | Fifth Stipulation and Consent Order Extending Time to Submit Mediation Order |

This fifth stipulation and consent order (the "Fifth Stipulation") is made by and between Michael Goldberg, in his capacity as the Plan Administrator (the "Plan Administrator" or "Plaintiff") to 20230930-DK-Butterfly-1, Inc. (the "Wind-Down Debtors") (f/k/a Bed Bath & Beyond Inc. and affiliated Debtors, the "Debtors"), and the Defendants, California Department of Tax and Fee Administration ("CDTFA") and California Franchise Tax Board ("FTB"). Plaintiff and Defendants, by and through their undersigned counsel, shall be collectively referred to herein as the "Parties" or individually as a "Party."

## RECITALS

A.     On April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The cases were jointly administered under the lead case, *In re Bed Bath & Beyond, Inc.,* et al., Case No. 23-13359 (VFP) (Bankr. D.N.J.).

B.     On April 23, 2025, the Plan Administrator filed an adversary complaint against Defendants (the "Complaint"), thereby commencing the above-captioned adversary proceeding.

C.     On April 24, 2025, the Clerk of Court issued the Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Doc. 2] (the "Summons"). The Summons requires the Parties to submit a proposed mediation order to the Court at least three (3) days prior to the pretrial conference in accordance with D.N.J. LBR 9019-2 which was scheduled for June 26, 2025.

D.     On June 20, 2025, Plaintiff filed his Application in Lieu of Motion in Support of Entry of Stipulation and Consent Order Extending Time to Submit Mediation Order [Adv. Doc.

(Page 3)
Debtors:          20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.
Case No.:         23-13359 (VFP)
Adv. Proc.:       Goldberg v. California Franchise Tax Board and California Department of
                  Tax and Fee Administration, 25-011814 (VFP)
Caption of Order: Fifth Stipulation and Consent Order Extending
                  Time to Submit Mediation Order

10] requesting an extension of time to September 24, 2025 submit the mediation order to the court

(the "First Application"). The First Application was granted by the Court on June 27, 2025 [Adv.

Doc. 12].

E.      On September 17, 2025, Plaintiff filed his Second Application in Lieu of Motion in

Support of Entry of Stipulation and Consent Order Extending Time to Submit Mediation Order

[Adv. Doc. 21] requesting an extension of time to November 24, 2025 submit the mediation order

to the court (the "Second Application").

F.      On November 24, 2025, Plaintiff filed his Third Application in Lieu of Motion in

Support of Entry of Stipulation and Consent Order Extending Time to Submit Mediation Order

[Adv. Doc. 23] requesting an extension of time to January 23, 2026 submit the mediation order to

the court (the "Third Application") which was granted by Consent Order entered December 9,

2025 [Adv. Doc. 25].

G.      On January 21, 2026, Plaintiff filed his Fourth Application in Lieu of Motion in

Support of Entry of Stipulation and Consent Order Extending Time to Submit Mediation Order

[Adv. Doc. 30] requesting an extension of time to March 24, 2026 submit the mediation order to

the court (the "Fourth Application") which was granted by Consent Order entered January 26,

2026 [Adv. Doc. 31].

H.      To avoid the cost of mediation while the Parties attempt to narrow the asserted

claims, the Parties hereby enter into this Fifth Stipulation, pursuant to which the Parties have

agreed to extend the deadline to submit the proposed mediation order required by D.N.J. LBR

9019-2 for a period of 90 days to August 3, 2026. The Parties have agreed that if the Parties are

(Page 4)

Debtors: 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.
Case No.: 23-13359 (VFP)
Adv. Proc.: Goldberg v. California Franchise Tax Board and California Department of Tax and Fee Administration, 25-011814 (VFP)
Caption of Order: Fifth Stipulation and Consent Order Extending Time to Submit Mediation Order

not able to settle this proceeding among themselves by August 3, 2026, the Parties will submit the proposed mediation order to the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON COURT APPROVAL OF THIS STIPULATION, IT IS ORDERED THAT:**

1. The Parties shall submit a proposed mediation order in accordance with D.N.J. LBR 9019-2 to the Court no later than August 3, 2026.

2. This Fifth Stipulation is without prejudice to any Party's rights.

3. The undersigned represent and warrant that they have full authority to execute this Fifth Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of, and have consented to, this Fifth Stipulation.

4. This Fifth Stipulation may be executed in counterparts or by facsimile or other electronic signature, and each such counterpart together with the others shall constitute one and the same instrument.

(Page 5)

Debtors:             20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.
Case No.:            23-13359 (VFP)
Adv. Proc.:          Goldberg v. California Franchise Tax Board and California Department of
                     Tax and Fee Administration, 25-011814 (VFP)
Caption of Order:    Fifth Stipulation and Consent Order Extending
                     Time to Submit Mediation Order

5.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Fifth Stipulation, and the Parties hereby consent to such jurisdiction to

resolve any disputes or controversies arising from or related to this Fourth Stipulation.

Dated:  May 11, 2026

AKERMAN LLP                                 ROB BONTA
                                            ATTORNEY GENERAL OF CALIFORNIA

By: /s/ Steven R. Wirth                     By: /s/ Matthew C. Heyn
Steven R. Wirth, Esq.                       PJ Lucca, Esq.
Email: steven.wirth@akerman.com             Matthew C. Heyn, Esq.
Raye C. Elliott, Esq. (admitted *pro hac vice*)   Deputy Attorneys General
Email:  raye.elliott@akerman.com            300 So. Spring St., Suite 1702
401 East Jackson Street, Suite 1700         Los Angeles, California 90013
Tampa, Florida 33602                        Telephone: (213) 269-6000
Telephone: (813) 223-7333                   Email: PJ.Lucca@doj.ca.gov
Facsimile: (813) 223-2837                          Matthew.Heyn@doj.ca.gov
*Counsel for Plaintiff*                     *Counsel for Defendants*