Order Filed on August 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven R. Wirth, Esq.
Peter O. Larsen, Esq. (*pro hac vice* admission pending)
Raye Elliott, Esq. (admitted *pro hac vice*)
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
Email: steven.wirth@akerman.com
peter.larsen@akerman.com
raye.elliott@akerman.com

*Counsel to Plaintiff / Plan Administrator*

In re:
20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,
Debtors.

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,
Plaintiff,

v.

FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA, part of the California Government Operations Agency, an agency of the State of California, and CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION, an agency of the State of California,
Defendants.

Adversary No. 25-01181 (VFP)

# SUPPLEMENTAL SCHEDULING ORDER

**DATED: August 7, 2026**

Vincent F. Papalia
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The relief set forth herein is hereby **ORDERED**.

WHEREAS, a Joint Order Scheduling Pretrial Proceedings and Trial was entered on June 27, 2025 (ECF 13).

WHEREAS, an Amended Joint Order Scheduling Pretrial Proceedings and Trial was entered on February 27, 2026 (ECF 33), a Second Amended Joint Order Scheduling Pretrial Proceedings and Trial (ECF 35) was entered on March 13, 2026 which modified certain of the deadlines in the June 27, 2025 order, and a Third Amended Joint Order Scheduling Pretrial Proceedings and Trial (ECF 40) was entered on May 26, 2026 which modified certain of the deadlines in the March 13, 2026 order.

WHEREAS, the parties seek to modify certain deadlines in the May 26, 2026, order, it is

ORDERED that

1. All fact discovery is to be completed by December 31, 2026.

2. Except as expressly modified by this order, the deadlines and requirements of the prior orders shall apply.



87927538;1