**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven R. Wirth, Esq.
Peter O. Larsen, Esq. (*pro hac vice* admission pending) Raye Elliott, Esq. (admitted *pro hac vice*) AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
Email: steven.wirth@akerman.com
peter.larsen@akerman.com
raye.elliott@akerman.com

*Counsel to Plaintiff / Plan Administrator*

**Order Filed on October 5, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:
20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,

Debtors.

Case No. 23-13359 (VFP)

(Jointly Administered)

Adversary No. 25-01181 (VFP)

MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,

Plaintiff,

v.

FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA, part of the California Government Operations Agency, an agency of the State of California, and CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION, an agency of the State of California,

Defendants.

# FOURTH AMENDED JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL

The Relief set forth on the following pages is hereby **ORDERED**

**DATED: October 5, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The relief set forth herein is hereby **ORDERED**.

WHEREAS, a Joint Order Scheduling Pretrial Proceedings and Trial was entered on June 27, 2025 (ECF 13).

WHEREAS, an Amended Joint Order Scheduling Pretrial Proceedings and Trial was entered on February 27, 2026 (ECF 33) and a Second Amended Joint Order Scheduling Pretrial Proceedings and Trial (ECF 35) was entered on March 13, 2026 which modified certain of the deadlines in the June 27, 2025 order.

WHEREAS, a Third Amended Joint Order Scheduling Pretrial Proceedings and Trial was entered on May 26, 2026 (ECF 40) which modified certain of the deadlines in the March 13, 2026 order.

WHEREAS, a Supplemental Scheduling Order was entered on August 7, 2026 (ECF 46) which extended the deadline for completion of fact discovery in the May 26, 2026 order.

WHEREAS, the parties seek to modify certain deadlines in the May 26, 2026 order and August 7, 2026 order, it is

ORDERED that

1. All fact discovery is to be completed by February 26, 2027.

2. All motions must be filed no later than 30 days after the completion of all discovery. Late filed motions will not constitute cause for an adjournment of the trial date.

3. The Final Pre-Trial Conference will be held on April 22, 2027 at 10:00am (Eastern Time) at 50 Walnut Street, Courtroom 3B, Newark, NJ 07102 or via Zoom.

4. Trial will begin on May 19, 2027 at 10:00am or as soon as the matter may be heard.

5. Except as expressly modified by this order, the deadlines and requirements of the prior orders shall apply.